**Dismissed and Memorandum Opinion filed January 26, 2012.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

_____

## NO. 14-11-00973-CV
_____

**WAYNE EVANS, Appellant**

**V.**

**TYMESHIA KING, Appellee**

---

### On Appeal from the County Civil Court at Law No. 3
### Harris County, Texas
### Trial Court Cause No. 994258

---

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, this appeal is from a judgment signed October 31, 2011. To date, our records show that appellant has neither established indigence nor paid the $175.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007) (listing fees in court of

appeals); Tex. Gov't Code § 51.207 (same).   On November 29, 2011, this court notified appellant that the filing fee was past due and the appeal was subject to dismissal.   No response was filed.

In addition, no clerk's record has been filed.   The clerk responsible for preparing the record in this appeal informed the court that appellant did not make arrangements to pay for the record.   On January 4, 2012, notification was transmitted to all parties of this court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof thereof.   *See* Tex. R. App. P. 37.3(b).   No response was filed.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Seymore, Boyce and Christopher.